# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA GEYLIKMAN, individually and as Trustee of the Victory Living Trust Dated 10/08/02; ALEX MIRSKY, individually,<br><br>Plaintiffs,<br><br>v.<br><br>STEWART TITLE GUARANTY COMPANY, a Texas corporation,<br><br>Defendant. | Case No. CV 09-08664-DMG(PJWx)<br><br>**JUDGMENT**<br><br>JS-6 |

This Court, having on July 16, 2010 granted a Motion for Summary Judgment by Stewart Title Guaranty Company and having ordered Entry of Judgment as requested in said motion,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant Stewart Title Guaranty Company. Plaintiffs Anna Geylikman, individually and as Trustee of the Victory Living Trust Dated 10/08/02, and Alex Mirsky, individually, shall take nothing by their Complaint. Defendant Stewart Title Guaranty Company shall recover from Plaintiffs its cost of suit herein.

DATED: July 27, 2010

Dolly M. Gee
United States District Judge